ROLAND TIDABACK et al., appellants,

*v.*

RUTH R. RUDE, respondent.

[Submitted May 31st, 1946.   Decided September 13th, 1946.]

*Messrs. Ward & McGinnis* and *Mr. Louis C. Friedman* (*Mr. Peter J. McGinnis,* of counsel), for the appellants.

*Messrs. Morris, Downing & Sherred* (*Mr. Willis H. Sherred,* of counsel), for the respondent.

PER CURIAM.

The order appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis, and reported at *138 N. J. Eq. 59.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, BODINE, DONGES, HEHER, PERSKIE, COLIE, OLIPHANT, WACHENFELD, WELLS, RAFFERTY, DILL, FREUND, McGEEHAN, McLEAN, JJ. 15.

*For reversal*—None.